# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cosmetic Warriors Limited,

       Plaintiff,

               Civ. No. 10-938 (RHK/JSM)
                 **ORDER**

v.

Glenn Abrahamson d/b/a One Bath
and Body, *et al.*,

       Defendants.

   This matter is before the Court *sua sponte*. Two Defendants have filed a Motion to Dismiss this action or, in the alternative, to transfer it to the Northern District of Texas. The Motion has been fully briefed, and a hearing is scheduled for July 13, 2010, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court has determined that oral argument will not materially assist its resolution of the Motion. Accordingly, **IT IS ORDERED** that the hearing on the Motion is **CANCELED**. The Motion is deemed submitted as of June 29, 2010, the date of the moving Defendants' Reply Memorandum.

Dated: July 2, 2010              s/Richard H. Kyle
                       RICHARD H. KYLE
                       United States District Judge